■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LINDA UJVARI, Appellant. — Judgment, Supreme Court, New

York County (Carol Berkman, J.), rendered on November 21, 1983, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Sandler, J. P., Carro, Asch, Fein and Kassal, JJ.